# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LUIS FERNANDO DE LEON- RIVAS,<br><br>Defendant. | Case No. 2:19-mj-00087-VCF<br><br>**ORDER**<br><br>**(Under Seal)** |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 5-th day of February, 2019.

*[signature]*

Honorable Cam Ferenbach
United States Magistrate Judge

3